UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION
NO: 3:93-CR-00058-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ODELL THOMAS | ) | |

This matter is before the court on defendant's 9 January 2013 letter. To the extent the letter could be deemed a motion for placement in home confinement for the remaining portion of defendant's term of imprisonment, it is DENIED. See 18 U.S.C. § 3624(c)(1), (2) (authority to determine whether a prisoner may be placed in home confinement during a portion of the final months of a term of imprisonment is vested in the Director of the Bureau of Prisons).

This 21 March 2013.

_____
W. Earl Britt
Senior U.S. District Judge